AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Capital Investment Funding, LLC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:12-cv-03401-BHH |
| Arthur Field; Kathryn Taillon; Brad Kelley; Davyd Field; Scott Pfeiffer; David Gantt; Ralph Gleaton; Gleaton Wyatt Hewitt PA, as the successor in interest to Pfeiffer & Gantt PA, Pfeiffer, Gantt & Gleaton PA, Pfeiffer Gantt Gleaton Wyatt PA, Pfeiffer Gleaton Wyatt Hewitt PA; G&P Title Agency, LLC; GG&P Title Insurance, LLC; PGGW Title Insurance, LLC; Paula Haney; Alysia Hazelton; Ross Jones; Bill Beckman; Ashley Morey; Jose Rodriguez; Charles Pinion; Joshua Ward; Roger Ezell; Barry Lynn Spencer; Mark Davidson; Jan Davidson; Anthony Edgar; Elizabeth Hopper; Gene Ahlers; Paul Chalmers; Reba Cox; Philip Davidson; Mark Holbrooks; Melinda Holbrooks; Greg Bailey; Michael Loprieno; Brian Knight; Dennis Hackney; Michael Parish; Jack Campitelli, a/k/a J.A. Camp; Jamie McKeough; Michael Moore; J. Genava Seller, a/k/a Geneva Campitelli; Donna L, Campitelli, individually, a/k/a D.L. Jones, a/k/a Donna Jones; Shawna Freeman; Bolingbroke United Ltd, England; RAAF Enterprises, LLC; Bradford Financial Group, LLC; Lion Financial, LLC; Monmouth Financial Group Ltd; Mithril Funding, LLC; Krondor Trading Co. LLC; Red Lion Trading House, LLC; Saxon Business Services, LLC; Saxon Holding, LLC; Angle Holdings, LLC; Ideal Mortgage Group, Inc.; York Mortgage Funding, LLC; Trazom, LLC; Our Tree House, LLC; Aladdin's Grill and Cafe, LLC; He Will Provide, LLC; Blenheim Properties, LLC; Bountiful Bingo, LLC; Construction Resources, Inc.; LOP Capital, LLC; Strategic Lending Solutions, LLC; Rhododendron, LLC; Asante Properties, LLC, a/k/a Asamte, LLC; Lamplighter Mortgage Company, LLC; Steele Construction of SC, Inc.; Instant Cash, Inc.; Advance Business Funding, LLC; Ezell Investment Company, LLC; Badger Development, LLC; GodProp, LLC; Lot 6 Lakewater Cove, LLC; Lot 37 Waters Edge, LLC; Lot 46 Waters Edge, LLC; Neighborhood Homes, LLC; Total Package Grading; Seed Construction; Apex Construction; Southridge Construction, Inc.; Saneski, LLC; Capital Intrastate Funding, LLC; Tcholok Properties, LLC; Moore & Associates, LLC; The Upper Nehalem Trust; The Chrysler Drive Trust; The Old Arcadia Road Trust; The Cotton Mill | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| Trust; Onward Recovery Partners Corporation; Onward Finance Corporation; Gulf Capital LP; Gulf Capital Management, Inc.; Arrowhead Funding Corporation; Community South Bank and Trust, an its Receiver, Federal Deposit Insurance Company; John Does 1-25, (names being fictitious); Jane Does 1-25, (names being fictitious); ABC Companies, (names being fictitious); Allyson Field; Kirsten M. White; David Lorenzo; Elliot Salzman; James Caserta; Martin Ender; Robert J L'Abbate; Stuart Katz; Alliance Development Partners, LLC; J and H B Builders LLC; Amerishare Corporation; CapGain Properties, Inc.; Lancaster Mortgage Bankers; Pelican Way Financial, LLC; United Private Capital, Inc.; Eugene Hopper; PG&G Title Insurance, LLC; John Does 1-35, names being fictitious; Jane Does 1-35, names being fictitious; ABC Companies 1-35, names being fictitious; P and G Title Agency, LLC; The Pickering Road Trust; Timothy Bart Kelley; Benjamin Hines; Gary Lynn Johnson; James Nathan Holbrooks; Johnny M. Kelley; Jessie G. Ryckman, individually, a/k/a/ J.G. Rychman; Dunross Straun, LLC; Log Dirt. LLC; Nevada Processing Center Inc.; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| *Defendant*s | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that the defendants' motions to dismiss (entries 507, 510, 534, 535, 536, 543, 546, 547, and 548) are granted and this case is dismissed as to all defendants.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

❏ decided by the Honorable Bruce Howe Hendricks.

Date:   January 20, 2015                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                              s/Ashley Buckingham
                                                                    *Signature of Clerk or Deputy Clerk*